**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **PEDRO MEDINA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1541-R** |
| | ) | |
| **MARKWAYNE MULLIN, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

Petitioner, Mr. Pedro Medina, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement [Doc. No. 1] and the matter was referred to United States Magistrate Judge Chris M. Stephens. Mr. Medina was then released from ICE custody after receiving a bond hearing. Because he is no longer in ICE custody, and the Court can no longer grant him relief, Judge Stephens issued a Report and Recommendation [Doc. No. 15] recommending this Court deny Mr. Medina's petition as moot. Neither Mr. Medina nor the Government filed objections, so the matter is now at issue.

Accordingly, the Court ADOPTS Judge Stephens's Report and Recommendation and DENIES AS MOOT Petitioner's Petition for a Writ of Habeas Corpus [Doc. No. 1].

IT IS SO ORDERED this 14th day of September, 2026.

David L. Russell

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**